UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAYDEN,

    Appellant,

  v.

UNITED STATES OF AMERICA,

    Appellee.

Case No. 15-cv-01380-HSG

**ORDER DISMISSING CASE WITH PREJUDICE**

This case was docketed in this Court on March 25, 2015. Despite two case management scheduling orders, no briefs have been filed to date. On October 14, 2015, the Court issued an order directing the parties to provide a status update. The parties then filed a joint status statement in which the appellant represented that he has decided not to pursue this appeal. The parties jointly request that the Court dismiss this appeal with prejudice for failure to prosecute. Accordingly, at the request of the parties, this matter is DISMISSED WITH PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 10/21/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge